UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-CV-00441-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | (DOCUMENT #6) |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of May 23, 2006.[1] Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted TWENTY (20) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of May 23, 2006.

IT IS SO ORDERED.

**Dated:  July 7, 2006**          /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE

---

[1] A second order of findings and recommendations was filed on May 26, 2006, and the second order is duplicative of the first order of findings and recommendations filed on May 23, 2006. The second order does not require a separate response.